## White Oak Coal Company, Appellee, v. William Foster Burns and Mrs. Mary F. Burns, Appellants.

### Gen. No. 21,968.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. ANDREW D. WEBB, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed February 9, 1917.

### Statement of the Case.

Action in assumpsit by White Oak Coal Company, a corporation, plaintiff, against William Foster Burns and Mary F. Burns, defendants. From a judgment for plaintiff, defendants appeal.

GEORGE F. ORT, for appellants.

ADAMS, CREWS, BOBB & WESCOTT, for appellee; GEORGE B. McKIBBIN, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1165*—*what remains for review after striking bill of exceptions from record.* Where a bill of exceptions is stricken from the record there remains for consideration only such points as the common-law record presents for review.

2. APPEARANCE, § 8*—*when party is not properly before court.* Where one of two joint defendants was not served nor his appearance entered except as agent for his codefendant, *held* that such defendant was not properly before the court, and that no valid judgment could be entered against him, notwithstanding an order denying a motion to file an additional plea recited that the motion was made by "defendants," as the word "defendants" included only those defendants who had been served or entered appearance.

3. JUDGMENT, § 199*—*when void as to all joint defendants.* Where defendants are sued jointly, a judgment which is void as to one is void as to all.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.